IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:14CV3-RLV

| | | |
|---|---|---|
| ROBERT JOHNSON and <br> JEANETTE JOHNSON, <br> **Plaintiffs,** <br> v. <br> JAMES WILLIAMS, SGT. CHRIS ELDRETH, <br> OFFICER EVERETTE, DANA SHATLEY and <br> REGINA DRAKE, <br> **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **O R D E R** |

  **THIS MATTER** is before the Court on a Motion to Dismiss and for Sanctions pursuant to Rules 11 and 41(b) of the Federal Rules of Civil Procedure, and a Motion to Dismiss for failure to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 12(b)(6). (Docs. 17, 18). As Plaintiffs have both agreed to the dismissal of this lawsuit in their respective submissions, Defendants' Motion to Dismiss is properly granted. (Doc. 17-2, at 1; Doc. 19, at 6). In addition, the Court finds no evidence of fraudulent conduct on the part of Plaintiff Robert Johnson, and thus sanctions are inappropriate.

  **IT IS, THEREFORE, ORDERED** that Defendants' Motion to Dismiss (Doc. 18) is hereby **GRANTED** and Defendants' Motion for Sanctions (Doc. 17) is hereby **DENIED**.


       Signed: August 4, 2015

       *Richard L. Voorhees*
       Richard L. Voorhees
       United States District Judge