# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| JEANETTE JOHNSON | ) | JUDGMENT IN CASE |
| ROBERT JOHNSON, | ) | |
| | ) | |
| Plaintiff(s), | ) | 5:14-CV-00003-RLV-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU EVERETTE | ) | |
| JAMES WILLIAMS | ) | |
| DANA SHATLEY | ) | |
| CHRIS ELDRETH | ) | |
| REGINA DRAKE, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 4, 2015, Order.

Signed: August 4, 2015

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court